AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the

District of Columbia

Mahtaub Moore
1 wood Road
Wilmington, DE 19806

*Plaintiff(s)*

v.

Jonathon R. Moore, Law Offices of Jonathon Moore, Julie Sanford, Obermayer, Rebmann, Maxwell & Hippel, LLP, Halloran, Farkas, Kittila, LLP, Eccleston and Wolf, PC, Masrour Barzani

*Defendant(s)*

Case: 1:24-cv-01814

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Law Offices of Jonathon R Moore, PLLC
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mahtaub Moore
1 Wood Road
Wilmington, DE 19806

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/24/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Law Offices of Jonathon R. Moore, PLLC
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

COPY

| | |
|---|---|
| Mahtaub Moore<br>1 wood Road<br>Wilmington, DE 19806<br><br>*Plaintiff(s)*<br>v.<br>Jonathon R. Moore, Law Offices of Jonathon Moore, Julie Sanford, Obermayer, Rebmann, Maxwell & Hippel, LLP, Halloran, Farkas, Kittila, LLP, Eccleston and Wolf, PC, Masrour Barzani<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Case: 1:24-cv-01814<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

　　　　　　　　　　Eccleston and Wolf, PC
　　　　　　　　　　1629 K Street, NW
　　　　　　　　　　Davis Building-Suite 260
　　　　　　　　　　Washington, DC 20006

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　　　　Mahtaub Moore
　　　　　　　　　　1 Wood Road
　　　　　　　　　　Wilmington, DE 19806

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date: 06/24/2024　　　　　　　　　　　　　　　　　　　　　　　*J. Manolue*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eccleston and Wolf, PC
was received by me on *(date)*            .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

District of Columbia ▼

COPY

Mahtaub Moore
1 wood Road
Wilmington, DE 19806

*Plaintiff(s)*

v.

Jonathon R. Moore, Law Offices of Jonathon Moore,
Julie Sanford, Obermayer, Rebmann, Maxwell&
Hippel, LLP, Halloran, Farkas, Kittila, LLP, Eccleston
and Wolf, PC, Masrour Barzani

*Defendant(s)*

Case: 1:24-cv-01814

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Obermayer, Rebmann, Maxwell & Hippel, LLP
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mahtaub Moore
1 Wood Road
Wilmington, DE 19806

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/24/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Obermayer, Rebmann, Maxwell & Hippel, LLP
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: