# EXHIBIT A

**Mattie Moore**
Moore Law Office files
July 25, 2023 at 4:54 PM
Michael Adams
Spoltore, Leslie

Dear Mr Adams,

As you are aware, my husband abandoned our marriage, depleted bank accounts, canceled credit cards, and I am left with his law office files. Nothing has changed since June. I believe I have acted responsibly and ethically, as you know from my first call to the DC Bar in June.

My husband now has a lawyer, who is copied on this email, but due to my lack of resources, I am unable to retain a lawyer. She refuses to communicate with me as I do not have counsel, and my husband is threatening me regarding his "abandoned" files.

I have suggested Ms Spoltore's law office coordinate with me the safe pick up and delivery of these files. This is an ongoing problem and I, as you know, do not want to be accused of mishandling and also do not want custody of these files. Do you have a suggestion? Can you coordinate with Ms. Spoltore on the pick up of the law firm files?

It is simply stunning a licensed attorney is holding these client-privileged files hostage in the abandoned marital home. I am not a lawyer and have no business with these files. His law firm computer server was safely Federal Expressed by me. I am not sure what the difference is. He accepts the server with client-privileged information but not the files? Something is amiss in his processing of this issue.

Thank you for your past guidance on this issue.
Kind regards,
Mattie Moore
1 Wood Road
Wilmington, DE 19806

# EXHIBIT B

**Mattie Moore**
fedex proof of signature
June 5, 2024 at 4:05 PM
William E. Green, Theodore Kittila

Gentlemen,

Please see attached proof of fedex of documents on the rule to show cause which was sent 5-6 weeks prior to Judge Ostroski. There was absolutely no stealing of files. I have proof these were sent to Patrick Boyer prior to Spoltore's reckless and wasteful use of the courts.

As I relayed, Spoltore wrote to me after the meeting with the FBI that her client would destroy the document and discard it. This is obstruction of justice and I have sent these emails to the FBI and U.S. Attorney. It is clear she has lost the divorce case. Please focus on the date of the signature by Jonathon on these boxes and files.

Please present me a proposal on what you are thinking regarding the remainder.
Mattie

# FedEx

[FedEx delivery receipt — faded/illegible details]

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | [illegible] | Delivered To: | |
| Signed for by: | [illegible] | Delivery Location: | [illegible] |
| Service type: | [illegible] | | |
| Special Handling: | [illegible] | | [illegible] |
| | | Delivery date: | [illegible] |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | [illegible] | Ship Date: | [illegible] |
| | | Weight: | [illegible] |

Recipient: [illegible]

Shipper: MATTIE MOORE [illegible]

J. MOORE
#12, 10:32, 4 Del, 0 NonDel

# FedEx

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | | Delivered To: | |
| Signed for by: | MOORE | Delivery Location: | |
| Service type: | | | |
| Special Handling: | | | |
| | | Delivery date: | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | | Ship Date: | |
| | | Weight: | |

Recipient:                                   Shipper:



J. MOORE
#12, 10:32, 4 Del, 0 NonDel







# EXHIBIT C

Mahtaub Moore
1 Wood Road
Wilmington, De 19806
MM2strategies@gmail.com
703-946-3704

June 21, 2024

Justin Flint, Esq
Eccleston & Wolf
1629 K Street, NW
Washington, DC 20006

RE: Moore

Dear Mr. Flint,

    I left a message for you last week concerning items which have been still abandoned by your client Jonathon Moore. After some due diligence, and upon information and belief, your client and your firm are allegedly committing insurance fraud by claiming documents were "stolen" by me with a pending claim to insulate him from liability and receive attorney's fees has been filed. As you may be aware, your client abandoned all files June 30, 2024 last year and retrieved his "active" files and those ordered returned to him under Judge Ostroski's ruling. The rest of the files were returned, proof of signature, and delivered with Federal Express on March 1, 2024. There are remaining files and server which remain here but need to be moved.

    In addition, I anticipate suing Obermayer, Jonathon's domestic firm, for a sham of a Rule to Show cause over documents they contend were never sent or stolen. I have also filed multiple bar complaints against Leslie Spoltore and upon information and belief any pending claim with the lawyer's malpractice and liability insurance company would be conspiring to commit insurance fraud; **the entire reason for the Rule to Show caused filed by Spoltore was to add proof to an alleged claim of theft or stolen documents filed by Jonathon and your firm.**

    In 2022, Jonathon experienced an Outlook Dropbox hack and spoof Jonathon's email received to every client and list in his contacts (I have the letter he sent to everyone on his contact list) clumsily explaining the spoof email was an attempted hack; this has occurred with his account at least 3 times in the last 3 years as Julie Sanford's sloppy control over the GoDaddy account and complete access to the servers and emails including passwords to all bank accounts, client bank accounts, firm email servers and systems, and token authentications, have contributed to multiple claims with the insurance company. The 2022 phishing email cost a client over 750k in losses due to the lack of cyber hygiene with some clawed back by PNC. It is also my understanding multiple associates who have now turned their back on the Barzani's have given hundreds of documents to the FBI, DOD, and other whistleblower organizations.

Justin Flint, Esq
June 21, 2024
Page Two

    Your firm is to cease and desist the defamatory verbal and written communications accusing me of theft of the files and other "stolen" documents, to other law firms and insurance. I intend to file an affidavit to the insurance company and will consider my recourse regarding legal action against your firm. Please notify me whether the proposed June 30 date for courier pick up of the files is convenient. I anticipate my case against Obermayer will be filed on Monday.

    Kind regards,

    /s/Mahtaub Moore

Cc: William Green, Esq, Halloran, Farkas, Kittila
    Mathieu Shapiro, Esq, Obermayer
    Dave White, Delaware Bar Disciplinary Counsel
    Michael Adams, DC Bar Ethics Counsel