UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MAHTAUB MOORE,**
*Plaintiff,*

v.

Case No: 1:24-cv-01814 (RCL)

**JONATHON MOORE,
LAW OFFICES OF JONATHON MOORE, PLLC
,JULIE SANFORD, OBERMAYER, REBMANN,
MAXWELL, ET, AL., LESLIE SPOLTORE,
HILLARY DAVIS, HALLORAN, KITTILA, FARKAS,
LLP, ECCLESTON & WOLF, PC,
MASROUR BARZANI, AND JOHN DOES 1-10,**

*Defendants.*

## PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE

**COMES NOW,** Plaintiff, Mahtaub Moore, and files this Motion to Extend Time for Service, and states the following:

1. Plaintiff filed this amended complaint on July 16, 2024. Plaintiff has successfully served two defendants, but has filed a motion to voluntary dismiss Obermayer, et al., who was successfully served.

2. Plaintiff asks this Honorable Court another 90 days in which to serve the remaining defendants as upon information and belief, due to other litigation an proceedings in this district, several defendants have been hiding and avoiding service, while others have been out of the United States.

3. Federal Rule of Civil Procedure 6(b)(1)(B) provides that "[w]hen an act may or must

**RECEIVED**
OCT 16 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

be done within a specified time, the court may, for good cause, extend the time: . . . (b) on motion made after the time has expired if the party failed to act because of excusable neglect."

Good cause exists when the trial court, in its discretion, finds excusable neglect. *See Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 895 (1990).

WHEREFOR, Plaintiff has in good faith served at least two of the defendants within Federal Rules of Civil Procedure.

WHEREFOR, Plaintiff has been unable, due to at least one defendant traveling out for the country and others in "hiding" to avoid service, serve the remaining defendants.

Plaintiff, asks this Honorable Court to Grant the Motion for Extension of Time to Serve for another 90 days.

Respectfully submitted,

_____
Mahtaub Moore
Plaintiff
1 Wood Road
Wilmington, DE 19806
703-946-3704
M22strategies@gmail.com

Date: Oct 16, 2024

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHTAUB MOORE,
    Plaintiff,

v.

Case No: 1:24-cv-01814 (RCL)

JONATHON MOORE,
LAW OFFICES OF JONATHON MOORE, PLLC
,JULIE SANFORD, OBERMAYER, REBMANN,
MAXWELL, ET, AL., LESLIE SPOLTORE,
HILLARY DAVIS, HALLORAN, KITTILA, FARKAS,
LLP, ECCLESTON & WOLF, PC,
MASROUR BARZANI, AND JOHN DOES 1-10,

    Defendants.

## (PROPOSED) ORDER PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE

WHEREAS, Plaintiff has filed a Motion to Extend Time for Service on defendants remaining unserved.

WHEREAS, Plaintiff has successfully served two defendants and requests a 90 day extension of time for service of process on the remaining defendants, some who have been outside of the United States.

IT IS HEREBY ORDERED,

Plaintiff's Motion for Extension of Time for Service be Granted for an additional 90 days.

_____
The Honorable Royce Lamberth
U.S. District Court Judge

Date: _____

Certificate of Service

I, Mahtaub Moore, Plaintiff, pro se, certifies a copy of the Motion to Extend Time for service, was sent electronically to Mathieu Shapiro, Esq, Obermayer, et al, on October 16, 2024, at Mathieu.shapiro@obermayer.com

_____
Mahtaub Moore

Date: October 16, 2024

4