UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MAHTAUB MOORE,**
*Plaintiff,*

Case No: 1:24-cv-01814 (RCL)

v.

**JONATHON MOORE,
LAW OFFICES OF JONATHON MOORE, PLLC
,JULIE SANFORD, OBERMAYER, REBMANN,
MAXWELL, ET, AL., LESLIE SPOLTORE,
HILLARY DAVIS, HALLORAN, KITTILA, FARKAS,
LLP, ECCLESTON & WOLF, PC,
MASROUR BARZANI, AND JOHN DOES 1-10,**

*Defendants.*

## ~~[PROPOSED]~~ ORDER PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE

WHEREAS, Plaintiff has filed a Motion to Extend Time for Service on defendants remaining unserved.

WHEREAS, Plaintiff claims to have successfully served two defendants but has not filed proof of service and requests a 90 day extension of time for service of process on the remaining defendants, some who have been outside of the United States.

IT IS HEREBY ORDERED,

Plaintiff's Motion for Extension of Time for Service be Granted for an additional ~~90~~ 60 days. Time will not be further extended then without evidence of all evidence of efforts made to effect such service.

_____
The Honorable Royce Lamberth
U.S. District Court Judge

Date: 10/23/24

3