UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHTAUB MOORE,
   *Plaintiff,*

v.

Case No: 1:24-cv-01814 (RCL)

JONATHON MOORE,
LAW OFFICES OF JONATHON MOORE, PLLC,
LESLIE SPOLTORE, HILLARY DAVIS, MASROUR BARZANI,
AND ECCLESTON & WOLF, JOHN AND JANE DOES 1-10

   *Defendants.*

### PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE AND AFFIDAVIT OF ATTEMPT OF SERVICE

**COMES NOW,** Plaintiff, Mahtaub Moore, and files this Motion to Extend Time for Service, and states the following:

1. Plaintiff filed a Motion to Extend Time for Service, which was granted by the Court and ordered Plaintiff be allowed an additional 60 days to file proof of service on the defendants.

2. The Court also ruled further time would not be extended until proof of effort and attempt of service would be provided by Plaintiff to the Court.

3. Plaintiff respectfully asks for another 30 days extension of time from the last attempt of service which was done by Capitol Process Servers on December 20, 2024 at 4:00 pm as demonstrated by the Affidavit of Due Diligence given to Plaintiff by Capitol Process Servers (Exhibit A).

4. Plaintiff also has served Defendants Obermayer, et al., and Leslie Spoltore as demonstrated by the Affidavit of Service filed with this motion. (Exhibit B).

5. Plaintiff has direct knowledge defendants including Law Offices of Jonathon R. Moore have

1

RECEIVED
DEC 30 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

removed their address from the District of Columbia Bar attorney database, and the reception was directed to inform the process server the law offices were no longer at 5335 Wisconsin Avenue, Washington, DC. However, Plaintiff's research shows the law firm is listed as operation from the Wisconsin Avenue address in the New York State Bar association attorney database (reciprocal) and the firm website.

6. Plaintiff believe as other defendants in this case and other cases pending before the Court, dodged service of process for almost three months in 2024 including Defendant Sanford.

WHEREFORE, Plaintiff has been unable, due to at least one defendant traveling out for the country and others in "hiding" to avoid service, serve the remaining defendants.

WHEREFORE, the Court granted Plaintiff an additional 60 days and Plaintiff has provided the required Affidavit of Due Diligence of attempted service from Capitol Process Servers attached as an exhibit to this motion.

WHEREFORE, Plaintiff has in good faith made an effort to effect service and respectfully asks the Court for an additional 30 days to serve and grant Plaintiff's Motion to Extend Time.

Respectfully submitted,

Mahtaub Moore
Plaintiff
1 Wood Road
Wilmington, DE 19806
703-946-3704
M22strategies@gmail.com

Date: December 30, 2024

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MAHTAUB MOORE,**
*Plaintiff,*

v.

**JONATHON MOORE,
LAW OFFICES OF JONATHON MOORE, PLLC
,JULIE SANFORD, OBERMAYER, REBMANN,
MAXWELL, ET, AL., LESLIE SPOLTORE,
HILLARY DAVIS, ECCLESTON & WOLF, PC,
MASROUR BARZANI, AND JOHN DOES 1-10,**

*Defendants.*

Case No: 1:24-cv-01814 (RCL)

## (PROPOSED) ORDER PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE

WHEREAS, Plaintiff has filed a Motion to Extend Time for Service on defendants remaining unserved.

WHEREAS, Plaintiff has successfully served two defendants and requests a 30 day extension of time for service of process on the remaining defendants, some who have been outside of the United States.

WHEREAS, Plaintiff has complied with the Court's request proof of effort to effect service as ordered has been provided in Motion to Extend Time.

IT IS HEREBY ORDERED,

Plaintiff's Motion for Extension of Time for Service be Granted for an additional 30 days.

_____                    _____
The Honorable Royce Lamberth                                       Date:
U.S. District Court Judge

3

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Mahtaub Moore

                Plaintiff

Case No.: 1:24-cv-01814

vs.

Jonathon R. Moore, et al.

                Defendant

## AFFIDAVIT OF DUE DILIGENCE

I, Michael A. Saxby, a Private Process Server, having been duly authorized to make service of the Summons and Amended Complaint with Exhibits in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Law Offices of Jonathon R Moore, PLLC with the above named process.

That on December 20, 2024 at 4:00 PM, I attempted to serve Law Offices of Jonathon R Moore, PLLC at 5335 Wisconsin Avenue, NW, Suite 440, Washington, DC 20006. On this occasion, I discovered the law office was not located at this address.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

12/26/24
Executed On



Michael A. Saxby

Client Ref Number:
Job #: 2014287

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-CV-01814

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* LESLIE SPOLTORE
was received by me on *(date)* 07/18/2024

☒ I personally served the summons on the individual at *(place)* 123 JUSTISON STREET, SUITE 100   WILMINGTON, DE 19801 AT 2:55 PM   on *(date)* 07/18/2024   , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____, or

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 07/18/2024

*Server's signature*

KEVIN S. DUNN    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT WITH EXHIBITS A-D; JURY TRIAL DEMANDED

Certificate of Service

I, Mahtaub Moore, Plaintiff, pro se, certifies a copy of the Motion to Extend Time for service, was sent electronically to Mathieu Shapiro, Esq, Obermayer, et al., Jonathon R. Moore for Law Offices of Jonathon Moore, PLLC, Julie Sanford, and Justin Flint of Eccleston and Wolf on December 30, 2024, at Mathieu.shapiro@obermayer.com, jmoore@moorelawoffices.us, administrator@moorelawoffices.us (Defendant Sanford), and flint@ewdc.com

_____
Mahtaub Moore
Plaintiff
1 Wood Road
Wilmington, DE 19806
703-946-3704
M22strategies@gmail.com

_____
Date: December 30, 2024

4