UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHTAUB MOORE,
    *Plaintiff,*

    v.

Case No: 1:24-cv-01814 (RCL)

JONATHON MOORE,
LAW OFFICES OF JONATHON MOORE, PLLC
,JULIE SANFORD, OBERMAYER, REBMANN,
MAXWELL, ET. AL., LESLIE SPOLTORE,
HILLARY DAVIS, ECCLESTON & WOLF, PC,
MASROUR BARZANI, AND JOHN DOES 1-10,

    *Defendants.*

## ~~(PROPOSED)~~ ORDER PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE

WHEREAS, Plaintiff has filed a Motion to Extend Time for Service on defendants remaining unserved.

WHEREAS, Plaintiff has successfully served two defendants and requests a 30 day extension of time for service of process on the remaining defendants, some who have been outside of the United States.

WHEREAS, Plaintiff has complied with the Court's request proof of effort to effect service as ordered has been provided in Motion to Extend Time.

IT IS HEREBY ORDERED,

Plaintiff's Motion for Extension of Time for Service be Granted for an additional 30 days.

_____
The Honorable Royce Lamberth
U.S. District Court Judge

1/6/25
Date:

3